COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Monica Hardaway and Glenn Hardaway v. Deutsche Bank National Trust Company as Trustee, In Trust for Registered Holders of Long Beach Mortgage Loan Trust 2006-WL1, Asset Backed Certificates, Series 2006-WL 1

Appellate case number: 01-17-00677-CV

Trial court case number: 17-CCV-059731

Trial court: County Court at Law No. 4 of Fort Bend County

   Appellants, Monica Hardaway and Glenn Hardaway, have filed a notice of appeal of the trial court's final judgment in a forcible detainer proceeding. The appeal was stayed because court records reflected that Glenn Hardaway had filed a petition for relief under Chapter 7 of Title 11, United States Code, in Case 17-35017, in the United States Bankruptcy Court for the Southern District of Texas. *See* TEX. R. APP. P. 8.2 (providing bankruptcy suspends appeal); *see also* 11 U.S.C. § 362(a) (providing filed bankruptcy petition operates as automatic stay of actions against debtor or debtor's property). The bankruptcy court has signed an order "lift[ing] the automatic stay to allow for the completion of any pending or future litigation (including any appeals) to determine title to and possession of the property" at issue in this appeal. *In re Hardaway*, Case No. 17-35017 (Bankr. S.D. Tex. Jan. 8, 2018) (order). And, appellants have filed a motion to reinstate the appeal and "sever the appeal with respect to the bankrupt party, Glenn Hardaway." *See* TEX. R. APP. P. 8.3. We **grant** appellants' motion to reinstate, **reinstate the case** on the Court's docket, and **dismiss as moot** appellants' motion to sever the appeal as to Glenn Hardaway.

   The reporter's record, received in this Court on November 17, 2017, is filed in this appeal. *See* TEX. R. APP. P. 8.2, 35.3(c).

   **Appellants' brief is due to be filed no later than 30 days from the date of this order.** *See* TEX. R. APP. P. 38.6(a).

It is so ORDERED.


Judge's signature:  /s/ Terry Jennings
☑ Acting individually     ☐ Acting for the Court

Date:  January 26, 2018